UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **JAY DRESSER**, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V. | ) 1:21-CV-00168-LEW |
| | ) |
| **NORM et al.**, | ) |
| | ) |
| Defendants | ) |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On June 24, 2021, the United States Magistrate Judge filed with the court, with copies to the Plaintiff, his Recommended Decision on Plaintiff's Complaint. The plaintiff filed an objection to the Recommended Decision on July 12, 2021. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

Plaintiff's pleadings present a bizarre collection of fractured thoughts and ideas that presumably are meant to lay the foundation for an action against an expansive cast of defendants whose functions and activities have little or no apparent connection to Mr. Dresser's present circumstances. Even in regard to the psychiatric center that evidently has custody of Mr. Dresser's person, there simply are no facts to be found in the Complaint that would justify service of process, let alone relief, against any ascertainable defendant.

Accordingly, the Recommended Decision of the Magistrate Judge is **ADOPTED**. Plaintiff's Complaint is **DISMISSED**.

**SO ORDERED.**

Dated this 28th day of July, 2021.

                                          /s/ Lance E. Walker
                                          UNITED STATES DISTRICT JUDGE